```
             IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF ALABAMA
                      SOUTHERN DIVISION


PATRICK N. ANDERSON,            :
                                :
    Plaintiff,                  :
                                :
v.                              :       CIVIL ACTION 03-0464-M
                                :
CITY OF MOBILE,                 :
                                :
    Defendant.                  :
```

                              JUDGMENT


It is **ORDERED**, **ADJUDGED**, and **DECREED** that JUDGMENT be entered in favor of Defendant City of Mobile and against Plaintiff Patrick N. Anderson without prejudice.

DONE this 28th day of June, 2005.


                                    s/BERT W. MILLING, JR.
                                    UNITED STATES MAGISTRATE JUDGE